JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**EILEEN DUTRA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **EILEEN DUTRA,** | No.   2:24-cv-01145-DMC |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Michael O'Malley, **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to August 16, 2024.

This is a first extension for this brief. Plaintiff's counsel must work on more than one brief at once, from an opening brief for the Ninth Circuit to administrative prehearing briefs and briefs to Social Security's Appeals Council, along with other work, and so must distribute the time devoted to this brief over the requested time-period.

[Pleading Title] - 1

Dated:   July 19, 2024                                              /s/   *Jesse S. Kaplan*
                                                                    JESSE S. KAPLAN
                                                                    Attorney for Plaintiff

Dated:   July 19, 2024                                              */s/ per e-mail authorization*
                                                                    JUSTIN L. MARTIN
                                                                    Special Assistant U.S. Attorney
                                                                    Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to August 16, 2024.

SO ORDERED.

Dated:  July 24, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2